# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.   19-CR-00006-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MALIK JAMAL ARMSTRONG,

    Defendant.

_____

## INDICTMENT

_____

The Grand Jury charges:

### Count 1

On or about July 26, 2018, in the State and District of Colorado, MALIK JAMAL ARMSTRONG, defendant herein, did knowingly, by force and violence, and by intimidation, take and attempt to take from the person and presence of another, to wit: person whose initials are L.S.Y. and others, money and other things of value belonging to and in the care, custody, control, management and possession of Key Bank, located at 7198 Federal Boulevard, Westminster, Colorado; and further, at all times relevant herein, the monies and deposits of Key Bank were and are insured by the Federal Deposit Insurance Corporation (FDIC), an agency of the United States government.

The conduct described above was in violation of Title 18, United States Code, Section 2113(a).

## FORFEITURE ALLEGATION

1.   The allegation contained in Count One of this Indictment is hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.   Upon conviction of any violation alleged in Count One of the Indictment involving commissions of Title 18, United States Code, Sections 2113(a) defendant MALIK JAMAL ARMSTRONG, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c) any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds the defendant obtained directly and indirectly as a result of such offense,

…

…

…

including, but not limited to:   a money judgment in the amount of proceeds obtained by the defendant.

A TRUE BILL

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

JASON R. DUNN
United States Attorney

*s/Kurt J. Bohn*
KURT J. BOHN
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St. Ste. 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
E-mail: kurt.bohn@usdoj.gov
Attorney for the United States