IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.   19-cr-00006-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     MALIK JAMAL ARMSTRONG,

      Defendant.

## MOTION TO UN-RESTRICT

The United States, by and through United States Attorney Jason R. Dunn, and the undersigned Assistant United States Attorney, hereby respectfully requests the Court un-restrict the Indictment, Arrest Warrant, the Government's Motion to Restrict, and the Order to Restrict in this case.

The warrant has been executed and the defendant has been arrested; accordingly, there is no longer a necessity for the documents to remain restricted from public access.

                              Respectfully submitted,

                              JASON R. DUNN
                              United States Attorney

              By:    s/Kurt J. Bohn
                              KURT J. BOHN
                              Assistant United States Attorney
                              1801 California Street, Suite 1600
                              Denver, Colorado 80202
                              Telephone: (303) 454-0100
                              Facsimile: (303) 454-0405
                              E-mail: Kurt.Bohn@usdoj.gov
                              Attorney for Government